IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
AT AKRON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50814-AMK |
| | ) | |
| KATALIN ZSUZSANNA DUS, | ) | CHAPTER 13 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| Debtor. | ) | ALAN M. KOSCHIK |
| | ) | |
| | ) | <u>OBJECTION TO CONFIRMATION OF</u> |
| | ) | <u>AMENDED CHAPTER 13 PLAN FILED</u> |
| | ) | <u>JANUARY 23, 2018</u> |
| | ) | |

Now comes the Creditor, Kristen M. Scalise, Summit County Fiscal Officer, and hereby objects to the Confirmation of the Amended Plan of the Debtor filed herein on January 18, 2018, for the following reasons:

1. The Chapter 13 Plan of Debtor, in violation of 11 U.S.C. Section 1325(a)(5), fails to adequately provide for the secured claim of the Summit County Fiscal Office, which holds the first and best lien for delinquent real estate taxes on the real property of the Debtor located at 1135 Canyon View Road, #306, Northfield, OH 44067-2259.

2. Creditor has a total secured claim of $11,799.17 for delinquent real estate taxes on the subject property. Debtor's Plan fails to provide for any payment of this claim in the Plan. Instead Debtor seeks to to enter into a separate payment plan with

1

the Summit County Fiscal Office. Debtor is not eligible for any payment plan offered by the Summit County Fiscal Office.

3. Creditor has no adequate assurance of payment of its claim at this time;

4. This objection shall act as a standing and continuing objection to the currently proposed plan of Debtor and any subsequent plan or plans, which the Debtor may file.

Respectfully submitted,

/S/Regina M. VanVorous
Regina M. VanVorous, #0020786
Attorney for Creditor Kristen M. Scalise,
Fiscal Officer,
Summit County Fiscal Office
53 University Avenue, 7th Floor
Akron, Ohio 44302
(330) 643-8409 / (330)643-8540 Fax
rvanvorous@summitoh.net

## CERTIFICATE OF SERVICE

I certify that on the 25th day of January, 2018, copies of this Objection to the Confirmation of the Plan of Debtor were served by regular U.S. Mail or by electronic mail to the persons listed below:

Katalin Zsuzsanna Dus
1135 Canyon View Road, #306
Northfield, OH 44067

M. Katherine Bushey
Darcy Mehling Good
Kaman & Cusimano, LLC
50 Public Square, Ste. 2000
Cleveland, OH 44113

1

Keith Rucinski
Chapter 13 Trustee
One Cascade Plaza, Ste. 2020
Akron, Ohio 44308

Daniel M. Dermott, Esq.
Office of the US Trustee

                                     /S/ Regina M. VanVorous
                                      Regina M. VanVorous, #0020786
                                      Attorney for Creditor